**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **DAVID KISSI** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 1:08-cv-01796 (RBW)** |
| | : | |
| | : | |
| **EMC MORTGAGE CORPORATION, et al.** | : | |
| | : | |
| **Defendants.** | : | |

**MOTION FOR PROTECTIVE ORDER AND OTHER RELIEF**

Pursuant to Federal Rules of Civil Procedure 1 and 26(c), Defendants EMC Mortgage Corporation ("EMC") and David Panzer (collectively "Defendants"), by and through counsel, hereby jointly move this Court for a Protective Order, and further request declarative relief regarding certain documents, including discovery requests, sent to Greenberg Traurig, LLP, via U.S. mail, by Plaintiff David Kissi, *Pro Se* ("Plaintiff"), from the Federal Correctional Institution in Elkton, Ohio, where he is incarcerated. The original documents ("Documents") are submitted as **Exhibit 1** to the attached Memorandum. The Memorandum is incorporated herein by reference and states in detail the grounds and authorities for this Motion.

The Documents were sent in an envelope on which Plaintiff "instructed" EMC to "file the amended claim in the U.S. Court for a Billion on or by 11/10/08." The Documents are difficult to understand but appear to include discovery requests and a handwritten letter to Judge Thomas Motley of the Superior Court of the District of Columbia seeking appointment of counsel based upon a number of exhibits, including various Court Orders and Opinions in various unrelated cases and a draft Amended Complaint.

Plaintiff's Documents are improper for at least the following reasons:

1. The Discovery Requests are premature pursuant to Rules 16 and 26, are illegible, contain service defects, and are barred by the doctrines of *res judicata* and collateral estoppel.

2. Plaintiff's "instruction" to Defense Counsel to "file the amended claim" is a request that Defense Counsel violate D.C. Rule of Professional Conduct 1.7.

3. Plaintiff's request for counsel is not based on cognizable legal arguments.

4. Plaintiff's purported Amended Complaint, labeled "Exhibit J," does not comply with the filing and service requirements of the Federal or Local Rules, Federal Rule 8(a)'s pleading requirements, or a Court-Ordered Injunction.

WHEREFORE, for reasons fully set forth in the attached Memorandum, Defendants respectfully request that this Court grant Defendants' Motion and issue a Protective Order pursuant to Federal Rules of Procedure 1 and 26(c) relieving Defendants from responding to any discovery requests promulgated by Plaintiff in accordance with Federal Rules of Civil Procedure 16 and 26; and that this court further affirmatively declare that:

1. Neither the Defendants nor their counsel are under an obligation from this Court to file any pleadings or motions on behalf of *Pro Se* Plaintiff, David Kissi;

2. This Court does **not** deem the Amended Complaint sent by Plaintiff to Greenberg Traurig properly served;

3. **No** Defendant is required to respond to the Documents sent to Greenberg Traurig, LLP, by Plaintiff. In the alternative, if Plaintiff's "Exhibit J," is deemed an Amended Complaint to be filed, that this Court strike it on the grounds it is barred by the permanent pre-filing injunction issued by the U.S. District Court for the District of Maryland; and

4. **No** Defendant is required to respond to any pleadings or motions from Plaintiff which are not properly served on them by Plaintiff himself in accordance with the Federal Rules of Civil Procedure.

Dated: November 20, 2008

Respectfully submitted,

/s/Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr. (D.C. Bar #376098)
Greenberg Traurig, LLP
2101 L Street, NW
Suite 1000
Washington, DC 20037
Tel. (202) 331-3100
Fax. (202) 331-3101
saunderss@gtlaw.com

*Counsel for EMC Mortgage Corporation and David Panzer*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of November, 2008, I served the foregoing **Joint Motion for Protective Order and Other Declarative Relief**, and Proposed Order, by ECF, and also served a copy by U.S. mail, postage prepaid upon:

David Kissi
325 Pennsylvania Avenue, SE
Washington, DC 20003
*And*
David Kissi
#38348037
FCI Elkton
P.O. Box 10
Lisbon, OH 44432

/s/ Sanford M. Saunders, Jr.
Sanford M. Saunders, Jr.