**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DAVID KISSI,<br><br>Plaintiff,<br><br>v.<br><br>EMC MORTGAGE CORPORATION, *et al.*,<br><br>Defendants. | Civil Action No. 08-1796 (RBW) |

**ORDER**

It is hereby

ORDERED that defendants' motions for a protective order [Dkt. #7, 9] are GRANTED. The parties shall not engage in discovery unless or until directed to do so by the Court, and defendants are under no obligation to file any pleadings, motions, or other papers on plaintiff's behalf.

SO ORDERED this 11th day of December, 2008.

/s/
REGGIE B. WALTON
United States District Judge